DAVID M. BENNION (5664)
SCOTT S. BELL (10184)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

ERIC J. AMDURSKY
PETE SNOW
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94010
Telephone (650) 473-2600
Facsimile: (650) 473-2601

*Attorneys for Plaintiff Fusion Multisystems, Inc., d/b/a Fusion-io*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FUSION MULTISYSTEMS, INC. d/b/a/ FUSION-IO,<br><br>   Plaintiff,<br><br>vs.<br><br>DONALD G. BASILE,<br><br>   Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No. 2:09-CV-00426<br><br>Judge Stewart |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Fusion Multisystems, Inc d/b/a Fusion-io ("Fusion") and Defendant Donald G. Basile (collectively the "Parties") hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice, with each party to bear its own costs and attorneys fees.

The Parties further stipulate that:

(1) The Interim Stipulated Order, entered by the Court on May 18, 2009 (Dkt. No. 9) and further continued from time to time (Dkt. No. 93), as well as any injunction pertaining thereto, should be dissolved, void, and no longer of any force and effect; and

(2) The hard drive and any images thereof lodged with the Court shall be delivered to Ray Quinney & Nebeker which will deliver the hard drive to Gibson, Dunn & Crutcher LLP (attention to Ashlie Beringer, Esq.) for destruction.

In furtherance of the foregoing, the Parties stipulate that the Court may enter an order in the form attached hereto.

DATED this 18th day of May, 2010.

PARSONS BEHLE & LATIMER

/s/ David M. Bennion
David M. Bennion
*Attorneys for Plaintiff*

PARR BROWN GEE & LOVELESS

/s/ D. Craig Parry
D. Craig Parry
*(signed by filing attorney with permission of Defendant's Attorney)*
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2010, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF e-filing system, which sent notice to all CM/ECF registrants.

/s/ David M. Bennion